

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR REHEARING

Appellate case name:    Mark Haynes, Danielle Megan Haynes and Charles Edward Haynes v. Mario Molina and Charlene Molina, Individually and dba Master Mechanical A/C and Heating, Jorge Molina

Appellate case number:    01-19-00917-CV

Trial court case number:    2016-43961

Trial court:    270th District Court of Harris County

The motion for rehearing is **denied**.

It is so **ORDERED**.

Judge's signature: _____/s/ Peter Kelly_____
☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Kelly, Guerra, and Farris.

Date: <u>December 2, 2021</u>